Order Filed on
**05/10/2012**
by Clerk U.S. Bankruptcy
Court District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Gary S. Jacobson (GJ-4561)
HEROLD LAW, P.A
25 Independence Boulevard
Warren, NJ  07059
(908) 647-1022
(908) 647-7721 (fax)
Chapter 7 Trustee

| | |
|---|---|
| In Re:<br><br><br>NATIONWIDE YELLOW PAGES SERVICE, INC. D/B/A NATIONWIDE MEDIA,<br><br>Debtor, | Chapter 7<br>Case No.: 12-17719 (MBK)<br><br><br>Hearing Date: |

**ORDER (i) AUTHORIZING TRUSTEE TO RETAIN UNIVERSITY
MANAGEMENT ASSOCIATES & CONSULTANTS CORP. AS
COLLECTION AGENCY, (ii) AUTHORIZING THE TRUSTEE
TO RETAIN PROFESSIONALS IN THE ORDINARY COURSE, (iii)
DETERMINING THAT PRE-PETITION COLLECTION AGENCIES ARE NOT
PROFESSIONALS, (iv) FOR AN ACCOUNTING AND (v) FOR RELATED RELIEF**

      The relief set forth on the following pages, numbered two (2) through (3) is hereby

**ORDERED**.

**DATED: 05/10/2012**

_____
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page:        2
Debtor:      Nationwide Yellow Pages Service, Inc.
Case No.:    12-17719 (MBK)
Caption:     Order (i) Authorizing Trustee to Retain University Management Associates & Consultants
             Corp. as Collection Agency, (ii) Authorizing the Trustee to Retain Professionals in the
             Ordinary Course, (iii) Determining that Pre-Petition Collection Agencies Are Not
             Professionals, (iv) For an Accounting and (v) For Related Relief.

_____

THIS MATTER having been presented to the Court upon the application of Gary S. Jacobson, Chapter 7 Trustee (the "Trustee") for Nationwide Yellow Pages Service, Inc. (the "Debtor"), through his attorneys, Herold Law, P.A., for entry of an Order pursuant to Sections 105(a), 327 and 330 of the Bankruptcy Code, for entry of an order (i) authorizing the Trustee to retain University Management Associates & Consultants Corp. ("UMAC"), (ii) authorizing the Trustee to retain professionals in the ordinary course, (iii) determining that certain collection agencies are not professional under the Bankruptcy Code, (iv) authorizing Trustee to pay UMAC, professionals retained in the ordinary course and pre-petition collection agencies without further order of the Court, and (v) for an accounting (the "Motion"); and the Court having considered the pleadings filed and arguments of counsel, and the Court having further considered any and all opposition filed to the relief sought in the Motion; good and sufficient cause having been shown, and good and sufficient notice having been given; and for good cause shown, it is hereby

ORDERED AS FOLLOWS:

1.      The Motion is granted.

2.      The Trustee be and hereby is authorized to retain University Management Associates & Consultants Corp. ("UMAC") as collection agency under the terms and conditions contained in the Motion and pursuant to the terms of the Services Agreement[1].

3.      The Trustee be and hereby is authorized to retain the Ordinary Course Professionals without further order of the Court.

*Approved by Judge Michael Kaplan May  10, 2012*

Page:       3
Debtor:     Nationwide Yellow Pages Service, Inc.
Case No.:   12-17719 (MBK)
Caption:    Order (i) Authorizing Trustee to Retain University Management Associates & Consultants
            Corp. as Collection Agency, (ii) Authorizing the Trustee to Retain Professionals in the
            Ordinary Course, (iii) Determining that Pre-Petition Collection Agencies Are Not
            Professionals, (iv) For an Accounting and (v) For Related Relief.

_____

4.      The Ordinary Course Professionals be and hereby are directed to file a

Disinterestedness Certification with the Court within 30 days of (a) entry of this Order or (b)

engagement by the Trustee.

5.      The Pre-Petition Collection Agencies are not professionals under the Bankruptcy

Code and accordingly, are not required to be retained by the Trustee pursuant to Section 327 of

the Bankruptcy Code.

6.      The Trustee be and hereby is authorized to pay UMAC, the Ordinary Court

Professionals and the Pre-Petition Collection Agencies the fees and disbursements incurred in

accordance with the fee arrangements entered into between the Trustee, UMAC, the Ordinary

Course Professionals and the Pre-Petition Collection Agencies without further order of the Court.

7.      UMAC, the Ordinary Course Professionals and the Pre-Petition Collection

Agencies be and hereby are directed to provide weekly accountings to the Trustee which shall

include, but not be limited to, (a) customer name, (b) amount placed in collection, (c) amount

collected, (d) fees sought, (e) related costs and (f) status.

_____

[1]     Capitalized words not defined herein shall have the same meaning as in the Motion.

*Approved by Judge Michael Kaplan May  10, 2012*